FILED

MAR 29 2023

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN (RALEIGH) DIVISION

ARTHUR O. ARMSTRONG,                    )        42 U.S.C.S. 1983
                                         )        CIVIL RIGHTS VIOLATION
              Appellant,                 )
                                         )
       vs..                              )
                                         )        COMPLAINT
NORTH CAROLINA,.                       . )
QUENTIN T. SUMNER,                       )        5:23-CV-00158-BO
NC STATE Judge                           )
              Appellees.                 ).

Plaintiff alleges and says:

1.     Plaintiff resides at 8113 Pleasant Hill Road, Elm City, NC 27822.

2.     On March 17, 2022 appellee Quentin T. Sumner failed to conform to the requirements of the federal constitution and laws of the United States when appellee acted with reckless indifference and wanton disregard for the truth or falsity and the rights of appellant and others when appellee, **without probable cause,** acted with, including but not limited to: arbitrariness, capriciousness, fraud, malice, falsity, trickery, RICO, gross negligence, defamation of character, false arrest, misrepresentation, highway robbery, racketeering, deception, pattern of racketeering activity, extortion and conspiracy when appellee acted with active connivance in the making of the 25 FTA/DWLR **false reports** and other conduct amounting to official discrimination clearly sufficient to constitute denial of rights protected by the Equal Protection Clause to deprive the appellant of liberty and property and sentenced the appellant 30 days in Nash County dntention center without due process of law in violation of the Fourth and Fourteenth Amendments to the Constitution of the United States. Appellant appealed. Appellee placed the appellant under a $3,000.00 **CASH** bond. (had $2,000.00 cash already).

3.     On March 18, 2022, appellant paid $1,000.00 cash to the Nash County magistrate when he wrote a chech for the said amount to Joey Lewis..

4.     That the conduct complained of was engaged in under color of state law and that such

conduct subject the plaintiff of the deprivation of rights, privileges and amenities secured by the federal constitution and laws of the United States.

5. As a direct and proximate result of the defendant's action, plaintiff suffered continuing injuries, including but not limited to: mental distress, psychic injury, mental anguish, humiliation, harassment, intimidation and injury to his reputation. I pray for judgment in the sum of $35,000,000.00.

**WHEREFORE,** plaintiff prays for judgment in the sum of $35,000,000.00 under 42 U.S.C.S. 1983 Civil Rights Act as follows:

1. Compensatory and Punitive damages in the sum of $35,000,000.00 - 42 U.S.C.S. Civil Rights Act

2. Intangible harm

3. Attorney fees under 42 U.S.C.S. 1988 - Attorney Awards Act; or as a component od punitive damages.

4. Costs and Expenses of this action and such other and further relief as the Court deems just and proper.

Respectfully submitted,.

March 29, 2023

Arthur O. Armstrong, Plaintiff
8113 Pleasant Hill Road
Elm City, NC 27822

## VERIFICATION

I, Arthur O. Armstrong, being first duly sworn, deposes and says that he is the Plaintiff in the foregoing matter and that the allegations set forth in the Complaint are true and correct to the best of his knowledge and belief except for those allegations set forth on information and belief and as to those allegations he believes them to be true.

March 29, 2023

Arthur O. Armstrong, Plaintiff
8113 Pleasant Hill Road
Elm City, NC 27822

## **AFFIDAVIT OF ARTHUR O. ARMSTRONG**

I swear under penalty of perjury under United States law that the within and foregoing statements set forth in the verification are true and correct (28 U.S.C.S. 1746.).

March 29, 2023

Arthur O. Armstrong, Plaintiff