UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ARTHUR O. ARMSTRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| QUENTIN T. SUMNER, | ) | 5:23-CV-158-BO-KS |
| *NC State Judge,* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Armstrong's complaint fails to meet the prefiling injunction's requirements so his complaint [DE 1] must be DISMISSED.

This case is closed.

**This judgment filed and entered on May 23, 2023, and served on:**
Arthur Armstrong (via US Mail to 8113 Pleasant Hill Road, Elm City, NC 27822)


May 23, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk